**ORIGINAL**


**FILED**

08/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0658

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0658

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

COLTER HELTON HENRY,

    Defendant and Appellant.

**FILED**

AUG - 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Counsel for the Appellant Colter Helton Henry filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967).

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We conclude a nonfrivolous issue exists as to whether Henry's guilty plea was made knowingly, voluntarily, and intelligently.

IT IS ORDERED that counsel's motion to be allowed to withdraw is DENIED.

IT IS FURTHER ORDERED that Appellant's opening brief shall be due within thirty days of the date of this Order.

The Clerk is directed to provide copies of this Order to all counsel of record and to Henry personally.

DATED this 6 day of August, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2